

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2025

No. 04-25-00042-CR

**IN RE** Karl **KEENE**, Relator

Original Proceeding[1]

In accordance with this court's memorandum opinion of this date, relator's original petition for a writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. GOV'T CODE § 22.221(d); *Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.).

It is so **ORDERED** on January 29, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This original proceeding arises out of Cause Nos. 2024CC738329 and 2024CC738981, styled *The State of Texas v. Karl Keene*, pending in the County Court at Law No. 11, Bexar County, Texas.